# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**NORMA LOUISE COTHREN**                                              **PLAINTIFF**

v.                    **Case No. 4:17-cv-00674 BSM**

**SOCIAL SECURITY ADMINISTRATION,**                   **DEFENDANT**
**Commissioner**

## ORDER

The proposed findings and recommendations ("recommendation") from United States Magistrate Judge Patricia S. Harris [Doc. No. 21] has been received. After careful review of the record, the recommendation is adopted, and the case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of March 2020.

                                                                 _____
                                                                  UNITED STATES DISTRICT JUDGE