IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NORMA LOUISE COTHREN                                    PLAINTIFF

v.                Case No. 4:17-cv-00674 BSM

SOCIAL SECURITY ADMINISTRATION,                         DEFENDANT
Commissioner

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE